# United States District Court
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| CAROL LEA GROGAN | § | |
| --- | --- | --- |
| | § | |
| v. | § | CASE NO. 3:18-CV-1799-S-BT |
| | § | |
| ARLINGTON I.S.D. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Rebecca Rutherford dated July 30, 2019. No objections have been filed. The Court has reviewed the Findings, Conclusions, and Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED,**

SIGNED August 21, 2019.

_____
UNITED STATES DISTRICT JUDGE

1